No. 14, original. HOLIDAY *v.* JOHNSTON, WARDEN. April 2, 1941. It is ordered that Charles A. Horsky, Esquire, of Washington, D. C., a member of the bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 54. BERNARDS ET AL. *v.* JOHNSON ET AL. Argued December 11, 1940. Decided April 7, 1941. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Mr. William Lemke* for petitioners. *Mr. Harrison G. Platt,* with whom *Mr. A. D. Platt* was on the brief, for M. R. Johnson et al., respondents. *Mr. Wm. L. Brewster* submitted for Catherine Collins, respondent.

Nos. 133 and 134. LISENBA *v.* CALIFORNIA. Argued February 6, 1941. Decided April 7, 1941. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Mr. Morris Lavine* for petitioner. *Messrs. Everett W. Mattoon,* Assistant Attorney General of California, and *Eugene D. Williams,* with whom *Messrs. Earl Warren,* Attorney General, and *Frank Richards,* Deputy Attorney General, were on the brief, for respondent.